CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendants
Rapnjef Corp and MJT- Max, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>   Plaintiff,<br><br>   v.<br><br>RAPNJEF CORP., a New York Corporation;<br>MJ T-MAX, INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 8:16-CV-01342-JLS-KES<br><br>**JOINT NOTICE OF SETTLEMENT** |

1
2   The Parties hereby jointly notify the court that a global settlement has
3 been reached in the above-captioned case and the parties would like to avoid
4 any additional expense, and further the interests of judicial economy.
5   All Parties, therefore, apply to this Honorable Court to vacate all
6 currently set dates with the expectation that the Joint Stipulation for
7 Dismissal with prejudice as to all parties will be filed within 60 days. The
8 Parties further request that the Court schedule a Status Conference/OSC
9 Hearing approximately 60 days out at which the Parties, by and through their
10 attorneys of record shall show cause why this case has not been dismissed.
11
12 Dated: September 25, 2016    CENTER FOR DISABILITY ACCESS
13
14                 By: __/s/ Phyl Grace_____
                     Phyl Grace
15                   Attorneys for Plaintiff
16 Dated: September 25, 2016    THE KARLIN LAW FIRM LLP
17
18                 By:  __/s/ David E. Karlin_____
                     L. Scott Karlin
19                   David E. Karlin
20                   Attorneys for Defendants
                     Rapnjef Corp and MJT- Max, Inc.
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for Rapnjef Corp and MJT- Max, Inc., and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: September 25, 2016        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff